# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

BOBBY McARTHUR BELL, JR. and
KEYYA BELL                                                      PLAINTIFFS

V.                        4:20CV00276 JM

AMERICAN SECURITY INSURANCE COMPANY                             DEFENDANT

## ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice. All pending motions are moot. The trial scheduled for August 17, 2021 is cancelled. The Clerk is directed to close the case.

Dated this 28th day of June, 2021.

_____
James M. Moody Jr
United States District Judge